IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS ARGUELLO,

       Plaintiff,

v.                                     No. CIV-12-0939 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

       Defendant.

# FINAL ORDER

**PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision (Doc. 15)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

       IT IS SO ORDERED.

                              _____
                              THE HONORABLE LOURDES A. MARTÍNEZ
                              UNITED STATES MAGISTRATE JUDGE
                              **Presiding by Consent**